USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/13

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
X------------------------------------------------------------X
MPD ACCESSORIES B.V.,

                          Plaintiff,

          -against-

TARGET CORPORATION

and

GMA ACCESSORIES INC. d/b/a CAPELLI NEW YORK

and

ABC CORPS. 2-5

                         Defendants.
X------------------------------------------------------------X

12 **CIV** 7259 (RJS)

**JUDGMENT**

Whereas pursuant to Fed. R. Civ. P. 68 Defendants Target Corporation and GMA Accessories, Inc. by their attorneys, having made an offer of judgment in the above-captioned action; Plaintiff having accepted the offer of judgment, and the matter having come before the Honorable Andrew J. Peck, United States Magistrate Judge, to whom this matter was referred, who on April 1, 2013 having issued its Memo-Endorsed Order directing the Clerk of Court to enter judgment in accordance with the accepted offer of judgment and close the case for all purposes, it is,

**ORDERED, ADJUDGED, AND DECREED**, that pursuant to the Court's Memo-Endorsed order dated March 27, 2013, Judgment is hereby entered in favor of Plaintiff against Defendants GMA Accessories, Inc. and Target Corporation, jointly and severally, in the amount of $1,000.00 inclusive of costs accrued to the date of the offer of March 27, 2013 and exclusive of attorney's fees; Any application for attorney's fees must be filed in the ordinary course and awarded

by the Court; Defendants and their agents, servants, employees, officers, attorneys, successors, licensees, partners, and designs, and all persons acting in concert or participation with each or any of them, are permanently enjoined from infringing or causing enabling facilitating, encouraging, promoting, inducing or participating in the infringement of the polka dot design depicted in the amended complaint

**DATED:** New York, New York
April 3, 2013

                                                    RUBY J. KRAJICK

                                                    Clerk of Court
BY:
                                                         Deputy Clerk

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON** _____